United States District Court
District of Massachusetts

Lamosa V. Barbosa   A76/89 823
Petitioner

-vs-

Immigration and Customs Enforcement,
et al

## Contents

1. Petition for Writ of Habeas Corpus - 8 pages
2. Certificate of Service
3. Civil Sheets
4. Motion for Waiver fees
5. Petitioner's prison Account Activity Ledger

United States District Court
District of Massachusetts

Larissa Barbosa, A76 489 823
   Petitioner,

— vs —

John D. Ashcroft, Attorney General,
Tom Ridge, Secretary of Homeland Security,
Bruce Chadbourne, Director of Detention
and Removal, Boston Field Office,
Bureau of Immigration and Customs
Enforcement;
Kathleen M. Dennehy, Acting Commissioner,
Massachusetts Department of Correction,
   Respondents.

Petition for a Writ of Habeas Corpus
Pursuant to 28 USC § 2241

Petitioner, Larissa Barbosa, hereby petitions this court for a writ of habeas corpus to remedy her unlawful detention and to enjoin her continued unlawful detention by the respondents. In support of this petition and complaint for injunctive relief, petitioner alleges as follows:

1. Petitioner Barbosa a native and

citizen of Cape Verde came to United States on her aunts' visa at age 8. Petitioner was ordered deported in June 2000 and was taken into immigration custody since February 2nd, 2004. She has been detained by the Bureau of Immigration and Customs Enforcement (BICE).

2. Respondent John D. Ashcroft is the Attorney General for the United States and is responsible for the administration of BICE and the implementation and enforcement of the immigration laws. As such, he is the legal custodian of petitioner.

3. Respondent Tom Ridge is the Secretary of Homeland Security and is responsible for the administration of BICE and the implementation and enforcement of the immigration laws. As such, he is the legal custody of petitioner.

4. Respondent Bruce Chadbourne, is the Interim Field Office Director for Detention and Removal, Boston Field Office, Bureau of Immigration and Customs Enforcement, Department of Homeland Security. As such, he is the local BICE official who has

immediate custody of the petitioner.

5. Respondent Department of Homeland Security is the agency charged with implementing and enforcing the immigration laws.

6. Respondent Kathleen M. Dennehy is the Acting Commissioner, Massachusetts Department of Corrections. Because BICE contracts with state prisons such Bristol County House of Corrections, N. Dartmouth, Mass. to house immigration detainees as petitioners, she has immediate custody of petitioner.

## Custody

6. Petitioner is detained at the Bristol County House of Correction located at 400 Fauna Circi Rd, N. Dartmouth, Mass. BICE has contracted with the Bristol County Sheriff's Office to house detainees.

## Jurisdiction

7. This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 USC § 1101 et seq as amended by the Illegal Immigration

Reform and Immigration Responsibility Act of 1996 ("IIRIRA") Pub L. no. 104-208, 110 Stat. 1570, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq. This court has jurisdiction under 28 U.S.C. § 2241 art. I, § 9, cl. 2 of the United States Constitution ("Suspension Clause"), and 28 USC § 1331, as the petitioner is presently in custody under color of the authority of the United States, and such custody is in violation of the Constitution, laws, treaties of the United States. See Zadvydas v. Davis, 533 U.S. 678, 121 S. Ct. 2491 (2001).

### Venue

8. Venue lies in the District of N. Dartmouth, Mass, because petitioner is currently at Bristol County House of Corrections, N. Dartmouth, Mass, is also proper because petitioner is in the custody of Respondent Bruce Chadbourne, Interim Field Office Director of this District, which encompasses Massachusetts. 28 USC § 1391

### Exhaustion of Remedies

9. Petitioner has exhausted her administrative remedies to the extent required by law, and her only remedy

is by way of this judicial action. After the Supreme Court decision in Zadvydas, the Department of Justice issued regulations governing the custody of aliens ordered deported. See 8 U.S.C. & C.F.R. § 241.4. Petitioner was ordered deported on June 2000 and was taken into BICE custody February 2, 2004.

10. Petitioner filed this petition for habeas corpus pro se

11. No statutory exhaustion requirements apply to petit

## Statement of Facts

### A. Background

12. Petitioner Laressa Barbza was born Brava, Cape Verde Islands, December 1, 1979. She came on her aunt's visa to the United States. Her mother had abandoned her at birth and she came to United States to meet her. In her mother's home, she was subject to physical, mental and verbal abuse. After several runaway, she went into DSS custody until age 20. (DSS) Department of Social Services took her into custody and procured her employment authorization, social security card, house placement, they were to initiate her permanent resident status. She missed a court date due to

DSS failure to bring her to the court date scheduled and as a result she was denied and placed on final deportation in absentia. Petitioner is a single mom with 2 children, both American citizens ages 1 and 4. Petitioner is their primary care-taker.

Petitioner has had full-time employment in several places, paying state and federal taxes. Petitioner has her own apartment.

13. Petitioner has several shoplifting charges starting from when she was a minor into adulthood and an assault and battery charge on her brother; they had a sibling fight over some disagreement.

Petitioner never served prison time but given probation time.

14. Petitioner has been on a final order of deportation since June 2000, but has been in (B)ICE custody since February 2, 2004.

15. Deportation is harsh and cruel and it will create irreparable harm and suffering to Anya petitioner and her United States citizen children.

7.

(B) ICE ordered petitioner deported in absentia due to no control of hers. Petitioner was a Ward of the State.

17. Petitioner deserves her day in court.

18. Petitioner's deportation became administratively final June 2000, Petitioner did not appeal the order of the IJ.

<u>Legal Framework for Relief Sought</u>

19. "In Zadvydas, the Supreme Court held that 8 U.S.C. § 1231(a)(6), when "read" in light of the Constitution's demands, limited an alien's post-removal-period detention to a period reasonably necessary to bring about the alien's removal from the United States." Id. 121 S.Ct. at 2498. A "habeas court must (first) ask whether the detention in question exceeds a period reasonably necessary to secure removal." Id. at 2504.

20. (B)ICE had over 4 years to carry out a deportation order.

21. Petitioner continued detention violates his right to substantive due process by depriving her of her core liberty interest to be free from bodily restraint.

22. Under the Due Process Clause of the United States Constitution, an alien is entitled to a timely and meaningful opportunity to demonstrate that he should not be detained. The petitioner in this case has been denied that opportunity as there is no administrative mechanism in place for the petitioner to demand a decision, ensure that a decision will ever be made, or appeal a custody decision that violates Zadvydas.

Prayer For Relief

Wherefore petitioner prays that this Court grant the following relief:

1. Assume jurisdiction over this matter.
2. Grant petitioner a writ of habeas corpus directing respondents to immediately release the petitioner from custody;
3. Order Respondents to refrain from transferring the Petitioner out of the jurisdiction of the BICE Boston District Director during the pendency of these proceedings and while the Petitioner remains in Respondents custody; and
4. Grant any other further relief which this Court deems just and proper.

Respectfully submitted,

9.

Larissa Barboza
400 Faunce Corner Rd
N. Dartmouth Mass 02747
Dated Feb 26, 2004.

Certificate of Service

I certify that a true copy of the above documents (Petition for a Writ of Habeas Corpus) was served by mail upon the following:

*Larissa Barboza*  2/26/04

1. Bruce Chadbourne, Interim Field Off. DHS/BICE Detention and Removal Office J.F.K. Federal Building, 17th Fl. 15 New Sudbury St, Boston Ma 02203

2. Attorney General Ashcroft United States Department of Justice 952 Pennsylvania Ave, NW Washington, DC 20528

3. Secretary of Homeland Security Tom Ridge U.S. Department of Homeland Security Washington, DC 20528

4. Kathleen M. Dennehy, Acting Commissioner Mass Department of Corrections, Central Hdq 50 Maple Street Milford, Ma 01757

United States District Court
District of Massachusetts

Larissa v. Barbosa, A76 487 823
Petitioner
-vs-
Immigration and Customs Enforcement,
Bruce Chadbourne, Director, et al,
Respondents

Motion for a pro se applicant
to proceed in forma pauperis.
Clerk of Courts:
Petitioner Barbosa, prays the Court
to allow her to proceed in her
Writ of habeas corpus petition
in forma pauperis. Petitioner asks
the court's permission to waive all
fees. Petitioner is indigent and
has no source of income.
Petitioner has enclosed her prison
ledger

Respectfully submitted
Larissa Barbosa
Bristol County Jail
400 Faunce Corner Rd
N. Dartmouth, Mass 02747
Dated February 26, 2004.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Larissa Barbosa

## DEFENDANTS
Bruce Chadbourne, Interim Field Office Director DHS/BICE, et. al.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
**Pro Se**

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☒ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 (Petitioner is detained by Bureau of Immigration + Customs Enforcement)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0003
Fee Waiver Request

# FEE WAIVER REQUEST

Name: _Lariosa Barbosa_

Alien Number ("A" Number): _A 76 489 823_

> If more than one alien is included in your appeal or motion, only the lead alien need file this form.

I, _Lariosa Barbosa_, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge.

**Assets**

- Wages, Salary $ 0 /month
- Other Income 0 /month
  (business, profession, self-employment, rent payments, interest, etc.)
- Cash 0
- Checking or Savings Account 0
- Property 0
  (real estate, automobile, stocks, bonds, etc.)
- Other Financial Support 0 /month
  (public assistance, alimony, child support, parent, spouse, friends, other family members, etc.)

**Expenses (including dependents)**

- Housing $ 0 /month
  (rent, mortgage, etc.)
- Food 0 /month
- Clothing 0 /month
- Utilities 0 /month
  (phone, electric, gas, water, etc.)
- Transportation 0 /month
- Debts, Liabilities 0 /month
- Other _____ 0 /month
  (specify)

Signature: X _Lariosa Barbosa_

Date: 2/26/04

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Appendix M

Form EOIR-26A
September 2002

*U.S. GPO: 2002-496-240/62474

A 76 4689 823

Case 1:04-cv-10416-JLT    Document 11    Filed 03/01/2004    Page 14 of 15

Date : 02/20/2004

Account Activity Ledger

From : 02/14/2004    To : 02/20/2004

Instno: DWC

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 129335 | Name BARBOSA, LARISSA | | | Block A | | | Previous Balance | 80.36 |
| Sales Transaction | 02/17/2004 | 10:12 | I#131265 | I | 61.91 | | | 18.45 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 0 | For $ | 0.00 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 1 | For $ | 61.91 |

## Account Activity Ledger

From : 01/31/2004    To : 02/06/2004

Instno: DWC

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 129335 | Name BARBOSA, LARESSA | | | Block D 15 | | Previous Balance | | 0.00 |
| MIKE SLAYTON | 02/05/2004 | 08:12 | B#39506 | D | | 39.00 | | 39.00 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 1 For $ | 39.00 | |
| Withdraws | 0 For $ | 0.00 | |
| Invoices | 0 For $ | 0.00 | |