U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0003
Fee Waiver Request

# FEE WAIVER REQUEST

Name: _Larissa Barbosa_

Alien Number ("A" Number): _A 76 489 823_

> If more than one alien is included in your appeal or motion, only the lead alien need file this form.

I, _Larissa Barbosa_, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge.

**Assets**

- Wages, Salary   $ 0 /month
- Other Income   0 /month
  (business, profession, self-employment, rent payments, interest, etc.)
- Cash   0
- Checking or Savings Account   0
- Property   0
  (real estate, automobile, stocks, bonds, etc.)
- Other Financial Support   0 /month
  (public assistance, alimony, child support, parent, spouse, friends, other family members, etc.)

**Expenses (including dependents)**

- Housing   $ 0 /month
  (rent, mortgage, etc.)
- Food   0 /month
- Clothing   0 /month
- Utilities   0 /month
  (phone, electric, gas, water, etc.)
- Transportation   0 /month
- Debts, Liabilities   0 /month
- Other _____   0 /month
  (specify)

Signature: X _Larissa Barbosa_

Date: X 2/26/04

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Appendix M

Form EOIR-26A
September 2002

*U.S. GPO: 2002-496-240/62474

A 76 Y89 P23

**Account Activity Ledger**

From : 02/14/2004    To : 02/20/2004

Date : 02/20/2004
Time : 13:58

**Instno: DWC**

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 129335 | **Name** BARBOSA, LARISSA | | | **Block** A | | **Previous Balance** | | 80.36 |
| Sales Transaction | 02/17/2004 | 10:12 | I#131265 | I | 61.91 | | | 18.45 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 0 | For $ | 0.00 |
| **Withdraws** | 0 | For $ | 0.00 |
| **Invoices** | 1 | For $ | 61.91 |

Page :    5

A.76. ESY-33

## Account Activity Ledger

From : 01/31/2004    To : 02/06/2004

Instno: DWC

Date : 02/11/2004
Time : 12:45

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 129335 | Name BARBOSA, LARESSA | | | Block D 15 | | Previous Balance | | 0.00 |
| MIKE SLAYTON | 02/05/2004 | 08:12 | B#39506 | D | | 39.00 | | 39.00 |
| | Deposits | | 1 For $ | | 39.00 | | | |
| | Withdraws | | 0 For $ | | 0.00 | | | |
| | Invoices | | 0 For $ | | 0.00 | | | |