UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARISSA V. BARBOSA,
        Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,
        Respondents.

Civil Action

No. 04-10416-JLT

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. §1915;

☒     In accordance with Fed. R. Civ. P. 5(e), the Clerk filed this petition on March 1, 2004 and assigned it Civil Action No. 04-10416-

**ORDERS**

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
    Yes ☒   No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
    Yes ☐   No ☒

3. Is it FURTHER ORDERED that the Clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?
    Yes ☒   No ☐

 3/3/04                    s/ Joseph L. Tauro
DATE                    UNITED STATES DISTRICT JUDGE

(lfp.ord.wpd - 11/98)                    [oifphc.]