UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARISSA V. BARBOSA,
        Plaintiff,

                              Civil Action No. 04-10416-JLT

    v.

IMMIGRATION AND ENFORCEMENT, et al.,
        Defendant.

## ORDER OF DISMISSAL

TAURO, D.J.

    In accordance with this Court's order dated March 3, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                By the Court,

                                                s/ Linn A. Weissman
                                                Deputy Clerk

Date March 4, 2004

(noticeofdismissal.wpd - 12/98)                                                                                          [odism.]